MAYRA L. GARCIA
California State Bar No. 190677
185 West F Street, Suite 100
San Diego, California 92101
Telephone: (619) 238-4132

Attorney for Defendant **Luis Brian Rodriguez-Castillo**

FILED
2006 SEP 20 PM 12: 14
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                          )<br>          Plaintiff,                        )<br>                                                          )<br>v.                                                     )<br>                                                          )<br>LUIS RODRIGUEZ-CASTILLO,  )<br>                                                          )<br>          Defendant.                      )<br>_____) | CASE No.  06cr01386-MLH<br><br><br><br>STIPULATION AND ORDER<br>THEREON |

Good cause appearing, **IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES**, that the next hearing date in the above-captioned case, be rescheduled from October 16, 2006, at 9:00 a.m., to October 30, 2006, at 9:00 a.m., for the following reason:

Defense counsel will be out of town September 27 through October 16, 2006. Mr. Rodriguez is in custody, and the pre-sentence report has been completed.

**SO STIPULATED.**

Dated: September 15, 2006

_____
MAYRA L. GARCIA
Attorney for Defendant


Dated: 9/15/06

_____
JEFFREY B. SCHENK
Special Assistant United States Attorney

**SO ORDERED.**

Dated: 9/20/06

_____
HONORABLE MARILYN L. HUFF
U.S. District Judge